**CROSS, Movant, v. COMMONWEALTH OF KENTUCKY, Opposed.**

Court of Appeals of ·Kentucky.

May 7,· 1937.

J. B. WALL for movant.

HUBERT MEREDITH, Attorney General, and JESSE K. LEWIS, Assistant Attorney General, for the ·Commonwealth.

PER CURIAM.

Appeal denied; judgment affirmed.

**COX, Movant, v. KENTUCKY TITLE TRUST COMPANY, Opposed.**

Court of Appeals of Kentucky.

May 11, 1937.

H. O. WILLIAMS for movant.

OSCAR O. BADER and SELLIGMAN, GOLDSMITH, EVERHART & GREENEBAUM, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

**METROPOLITAN LIFE INSURANCE. COMPANY, Movant, v. LATHAM, Opposed.**

Court of Appeals of Kentucky.

May 11, 1937.

WHITE & CLARK and ALVAN H. CLARK· and LAFFOON & WADDILL for movant.

W. OWEN KELLER and W. E. ROGERS, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.